1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   RANDALL BERT FOSHIE

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  NO. 07-mj-0111 DAD
                                       )
12                   Plaintiff,        )  STIPULATION AND [PROPOSED] ORDER
                                       )  CONTINUING PRELIMINARY
13          v.                         )  EXAMINATION FOR DEFENDANT RANDALL
                                       )  BERT FOSHIE
14  RANDALL BERT FOSHIE,               )
                                       )
15                   Defendant.        )  Date:  May 25, 2007
                                       )  Time:  2:00 p.m.
16                                     )  Judge: HON. Gregory G. Hollows
                                       )
17  _____)

18

19          IT IS HEREBY STIPULATED between the parties, Matthew Stegman,

20  Assistant United States Attorney, attorney for plaintiff and Matthew C.

21  Bockmon, Assistant Federal Defendant, attorney for defendant RANDALL

22  BERT FOSHIE, that the preliminary examination, currently set for May

23  11, 2007, be continued until May 25, 2007, at 2:00 p.m. in front of the

24  Honorable Gregory G. Hollows.  This continuance is being requested

25  because defendant is not available to appear at the preliminary

26  examination because he is currently hospitalized.

27          By this continuance, the defendant RANDALL BERT FOSHIE hereby

28  waives his right to have his preliminary examination held within ten

1  (10) days from the date of his initial appearance.

2
                                     Respectfully submitted,
3  Dated: May 8, 2007
                                     DANIEL J. BRODERICK
4                                    Federal Defender

5                                    /s/ Matthew C. Bockmon

6                                    MATTHEW C. BOCKMON
                                     Assistant Federal Defender
7                                    Attorney for Defendant
                                     RANDALL BERT FOSHIE
8

9

10  Dated: May 8, 2007

11                                   MCGREGOR W. SCOTT
                                     United States Attorney
12
                                     /s/ Matthew C. Bockmon for
13
                                     MATTHEW STEGMAN
14                                   Assistant U.S. Attorney
                                     per telephonic authority
15

16                         O R D E R

17

18  IT IS SO ORDERED.

19  Dated:  May _15_, 2007        GREGORY G. HOLLOWS

20
                                  United States Magistrate Judge
21

22

23

24

25

26

27

28

Stip & Order                       2