```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RANDALL BERT FOSHIE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 07-mj-0111 DAD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING PRELIMINARY EXAMINATION FOR |
| v. ) | DEFENDANT RANDALL BERT FOSHIE |
| RANDALL BERT FOSHIE, ) | |
| Defendant. ) | Date: June 15, 2007<br>Time: 2:00 p.m.<br>Judge: HON. Kimberly J. Mueller |

   IT IS HEREBY STIPULATED between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff and Matthew C. Bockmon, Assistant Federal Defendant, attorney for defendant RANDALL BERT FOSHIE, that the preliminary examination, currently set for May 25, 2007, be continued until June 15, 2007, at 2:00 p.m. in front of the Honorable Kimberly J. Mueller.  This continuance is being requested because the parties are working on a pre-indictment plea agreement.

   By this continuance, the defendant RANDALL BERT FOSHIE hereby waives his right to have his preliminary examination held within ten (10) days from the date of his initial appearance.

```
                                    Respectfully submitted,
Dated: May 22, 2007
                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RANDALL BERT FOSHIE



Dated: May 22, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated: 5/24/07

```
                                        /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        United States Magistrate Judge
```

foshie.ord

Stip & Order                                    2