```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RANDALL BERT FOSHIE
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR-S-07-0271 MCE (mj-07-0111 DAD)
                                 )
12           Plaintiff,          ) STIPULATION AND ORDER CONTINUING
                                 ) PRELIMINARY EXAMINATION FOR
13      v.                       ) DEFENDANT RANDALL BERT FOSHIE
                                 )
14  RANDALL BERT FOSHIE,         )
                                 ) Date: August 10, 2007
15           Defendant.          ) Time: 2:00 p.m.
                                 ) Judge: Hon. Dale A. Drozd
16                               )
    _____)
17
18
         IT IS HEREBY STIPULATED between the parties, Matthew Stegman,
19
    Assistant United States Attorney, attorney for plaintiff and Matthew C.
20
    Bockmon, Assistant Federal Defendant, attorney for defendant RANDALL
21
    BERT FOSHIE, that the preliminary examination, currently set for July
22
    20, 2007, be continued until August 10, 2007, at 2:00 p.m. in front of
23
    the Honorable Dale A. Drozd.  This continuance is being requested
24
    because the parties are working on a pre-indictment plea agreement.
25
         By this continuance, the defendant RANDALL BERT FOSHIE hereby
26
    waives his right to have his preliminary examination held within ten
27
    (10) days from the date of his initial appearance.
28
```

1

2  Dated: July 19, 2007
                                    Respectfully submitted,

3                                   DANIEL J. BRODERICK
                                    Federal Defender

4                                   /s/ Matthew C. Bockmon
                                    _____
5                                   MATTHEW C. BOCKMON
                                    Assistant Federal Defender
6                                   Attorney for Defendant
                                    RANDALL BERT FOSHIE

7

8

9  Dated: July 19, 2007

10                                  MCGREGOR W. SCOTT
                                    United States Attorney
11
                                    /s/ Matthew C. Bockmon for
12                                  _____
                                    MATTHEW STEGMAN
13                                  Assistant U.S. Attorney
                                    per telephonic authority
14

15                          **O R D E R**

16

17 IT IS SO ORDERED.

18 Dated: July 19, 2007             [signature]

19                                  _____
                                    EDMUND F. BRENNAN
20                                  United States Magistrate Judge

21

22

23

24

25

26

27

28

Stip & Order                        2