```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RANDALL BERT FOSHIE
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-07-0271 MCE (mj-07-0111 DAD) |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | PRELIMINARY EXAMINATION FOR |
| v. ) | DEFENDANT RANDALL BERT FOSHIE |
| ) | |
| RANDALL BERT FOSHIE, ) | |
| ) | Date: August 10, 2007 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Judge: HON. Kimberly J. Mueller |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff and Matthew C. Bockmon, Assistant Federal Defendant, attorney for defendant RANDALL BERT FOSHIE, that the preliminary examination, originally set for July 20, 2007, be continued until August 10, 2007, at 2:00 p.m. in front of the Honorable Kimberly J. Mueller.  This continuance is being requested because the parties are working on a pre-indictment plea agreement.

   By this continuance, the defendant RANDALL BERT FOSHIE hereby waives his right to have his preliminary examination held within ten (10) days from the date of his initial appearance.

                                          Respectfully submitted,

Dated: July 19, 2007

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Matthew C. Bockmon
                                          _____
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          RANDALL BERT FOSHIE


Dated: July 19, 2007

                                          MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew C. Bockmon for
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney
                                          per telephonic authority

                                            **O R D E R**

IT IS SO ORDERED.

Dated:  July 26, 2007.

                                          _____
                                          U.S. MAGISTRATE JUDGE