```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RANDALL BERT FOSHIE

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CR-S-07-0271 MCE (mj-07-0111 DAD)
                                   )
12                 Plaintiff,      )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING PRELIMINARY
13         v.                      )  EXAMINATION FOR DEFENDANT RANDALL
                                   )  BERT FOSHIE
14  RANDALL BERT FOSHIE,           )
                                   )
15                 Defendant.      )  Date:  August 17, 2007
                                   )  Time:  2:00 p.m.
16                                 )  Judge: HON. Dale A. Drozd
                                   )
17  _____)

18

19      IT IS HEREBY STIPULATED between the parties, Matthew Stegman,

20  Assistant United States Attorney, attorney for plaintiff and Matthew C.

21  Bockmon, Assistant Federal Defender, attorney for defendant RANDALL

22  BERT FOSHIE, that the preliminary examination, currently set for August

23  10, 2007, be continued until August 17, 2007, at 2:00 p.m. in front of

24  the Honorable Dale A. Drozd.  This continuance is being requested

25  because defendant is currently hospitalized and not available.

26      By this continuance, the defendant RANDALL BERT FOSHIE hereby

27  waives his right to have his preliminary examination held within ten

28  (10) days from the date of his initial appearance.
```

| | |
|---|---|
| Dated: August 9, 2007 | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Defender<br><br>/s/ Matthew C. Bockmon<br>_____<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>RANDALL BERT FOSHIE |
| Dated: August 9, 2007 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Matthew C. Bockmon for<br>_____<br>MATTHEW STEGMAN<br>Assistant U.S. Attorney<br>per telephonic authority |

**O R D E R**

IT IS SO ORDERED.

Dated: August 17, 2007

_____
DALE A. DROZD
United States Magistrate Judge

Stip & Order                                    2