DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RANDALL BERT FOSHIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-07-0271 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | PRELIMINARY EXAMINATION FOR |
| v. ) | DEFENDANT RANDALL BERT FOSHIE |
| ) | |
| RANDALL BERT FOSHIE, ) | |
| ) | Date: August 31, 2007 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Judge: HON. Dale A. Drozd |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff and Matthew C. Bockmon, Assistant Federal Defendant, attorney for defendant RANDALL BERT FOSHIE, that the preliminary examination, currently set for August 17, 2007, be continued until August 31, 2007, at 2:00 p.m. in front of the Honorable Dale A. Drozd.  This continuance is being requested because the parties have agreed to an Information plea agreement before Judge England.

/////

/////

1  By this continuance, the defendant RANDALL BERT FOSHIE hereby
2  waives his right to have his preliminary examination held within ten
3  (10) days from the date of his initial appearance.

4
                                        Respectfully submitted,
5  Dated: August 17, 2007
                                            DANIEL J. BRODERICK
6                                           Federal Defender

7                                           /s/ Matthew C. Bockmon
                                        _____
8                                           MATTHEW C. BOCKMON
                                            Assistant Federal Defender
9                                           Attorney for Defendant
                                            RANDALL BERT FOSHIE
10

11

12 Dated: August 17, 2007

13                                          MCGREGOR W. SCOTT
                                            United States Attorney
14
                                            /s/ Matthew C. Bockmon for
15                                      _____
                                            MATTHEW STEGMAN
16                                          Assistant U.S. Attorney
                                            per telephonic authority
17

18                          **O R D E R**

19

20 IT IS SO ORDERED.

21 DATED: August 17, 2007.

22
                            _____
23                              DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27 Ddad1/orders.criminal/froshie0271.stipord

28

                                     2