```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RANDALL BERT FOSHIE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-S-07-0271 MCE (MAG-07-0111) |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY EXAMINATION FOR |
| v. | DEFENDANT RANDALL BERT FOSHIE |
| RANDALL BERT FOSHIE, | |
| Defendant. | Date: September 14, 2007<br>Time: 2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant RANDALL BERT FOSHIE, that the preliminary examination, currently set for August 31, 2007, be continued until September 14, 2007 at 2:00 p.m. in front of the Honorable Gregory G. Hollows.  This continuance is being requested because the parties have agreed to an Information plea agreement before Judge England that has been signed by the defendant, and will be submitted for change of plea on September 6, 2007 unless the in-custody defendant is unavailable due to hospitalization.

1  By this continuance, the defendant RANDALL BERT FOSHIE hereby
2 waives his right to have his preliminary examination held within ten
3 (10) days from the date of his initial appearance.

4 Dated: August 30, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
RANDALL BERT FOSHIE

Dated: August 30, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for

_____
MATTHEW STEGMAN
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: 9/5/07                    /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

foshie.ord2