```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RANDALL BERT FOSHIE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CR-S-07-0271 MCE (MAG-07-0111) |
|                                 ) | |
|          Plaintiff,             ) | STIPULATION AND ORDER CONTINUING |
|                                 ) | PRELIMINARY EXAMINATION FOR |
|     v.                          ) | DEFENDANT RANDALL BERT FOSHIE |
|                                 ) | |
| RANDALL BERT FOSHIE,            ) | |
|                                 ) | Date: September 28, 2007 |
|          Defendant.             ) | Time: 2:00 p.m. |
|                                 ) | Judge: Hon. Gregory G. Hollows |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defendant, attorney for defendant RANDALL BERT FOSHIE, that the preliminary examination, currently set for September 14, 2007, be continued until September 28, 2007 at 2:00 p.m. in front of the Honorable Gregory G. Hollows.  This continuance is being requested because the defendant is undergoing continuing in-hospital treatment and is not available.

   By this continuance, the defendant RANDALL BERT FOSHIE hereby waives his right to have his preliminary examination held within ten

1  (10) days from the date of his initial appearance.

2  Dated: September 13, 2007

3                                        Respectfully submitted,

4                                        DANIEL J. BRODERICK
Federal Defender

5                                        /s/ Matthew C. Bockmon

6                                        _____
MATTHEW C. BOCKMON
Assistant Federal Defender

7                                        Attorney for Defendant
RANDALL BERT FOSHIE

8

9  Dated: September 13, 2007

10                                       MCGREGOR W. SCOTT
United States Attorney

11

12                                       /s/ Matthew C. Bockmon for
_____
MATTHEW STEGMAN

13                                       Assistant U.S. Attorney
per telephonic authority

14

15                             **O R D E R**

16 IT IS SO ORDERED.

17 Dated:  September 14, 2007

18

19                                _____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28