|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )  CR-S-07-0271 MCE (MAG-07-0111)
                               )
            Plaintiff,         )
                               )
      v.                       )  ORDER
                               )
RANDALL BERT FOSHIE,           )
                               )
            Defendant.         )
                               )
                               )
_____)
```

The preliminary examination (without reference to 18 U.S.C. § 3161(b)) has been continued on numerous occasions. There is no need for a preliminary examination if an information has been filed, and a defendant waives his right in open court to proceed by way of indictment. Fed. R. Crim. P. 5.1(a)(3); 7(b).

An information was filed on June 15, 2007. The defendant shall appear on October 12, 2007, at 2:00 p.m. for the purpose of waiving indictment or proceeding in the preliminary examination. The court shall also determine whether retroactive findings for tolling the

\\\\\

\\\\\

1  Speedy Trial Act need to be made from the defendant's initial
2  appearance in this case up to October 12, 2007.
3  Dated: 09/28/07
                                    /s/ Gregory G. Hollows
4                                   _____
                                    United States Magistrate Judge
5
   foshie.eot
6

Stip & Order                        2